Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DIPROMAS SRL

        Plaintiff,

  - against -

COMPANIA SUDAMERICANA DE
VAPORES S.A.; G&G INTERNATIONAL,
INC.

        Defendants.
-------------------------------------------------------X

08 Civ. 1590

**FRCP RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**



JUDGE SWAIN

FEB 15 2008

NOW comes plaintiff, DIPROMAS SRL, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

Dipromas is a privately owned company with no publicly traded parents, subsidiaries or affiliates.

Dated: New York, New York
       February 15, 2008

                       CASEY & BARNETT, LLC
                       Attorneys for Plaintiff

         By: _____
                       Martin F. Casey (MFC-1415)
                       317 Madison Avenue, 21st Floor
                       New York, New York 10017
                       (212) 286-0225