Martin F. Casey, Esq. (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIPROMAS SRL

      Plaintiff,

  - against -

COMPANIA SUDAMERICANA DE
VAPORES etc et al

      Defendants.
------------------------------------------------------------X

08 cv 1590 (LTS)

**NOTICE AND ORDER OF**
**VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
      March 4, 2008

                      **CASEY & BARNETT, LLC**
                      Attorneys for Plaintiff

              By: _____
                      Martin F. Casey (MFC-1415)
                      317 Madison Avenue, 21st Floor
                      New York, New York 10017
                      (212) 286-0225

**SO ORDERED:**
_____ 3/6/08
U.S.D.J.