# CASEY & BARNETT, LLC
### ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**

CHRISTOPHER M. SCHIERLOH

\* Admitted in NY and NJ
\** Admitted in NY, NJ, La and OH



NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 02960  AUG 1 2 2008

Tel:  (973) 993-5161
Fax: (973) 539-6409

July 31, 2008



Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Dipromas SRL v Compania Sudamericana de Vapores and G&G International, Inc.*
      08cv 1590 (LTS)
      Our File: 289-03

**MEMO ENDORSED**

Dear Honorable Judge:

   We represent the plaintiff in the above referenced matter, which was discontinued in March 2008 pursuant to a settlement agreement entered into by and between the parties. While defendant CSAV has fully complied with its obligations under the settlement agreement, defendant G&G International, Inc. has defaulted in its obligation to remit its final payment of $5,000, which was due and payable on May 15, 2008. Due to the small amount involved we attempted to resolve the matter amicably and as recently as late June we were informed that "the check was in the mail." Unfortunately, it proved not to be so.

   We respectfully request that Your Honor consent to the having this matter re-opened in order that we may seek the entry of a default judgment against G&G International, Inc. for the amount due and owing $,5000, plus interest that has accumulated, the costs we incur to enforce the settlement agreement, and attorneys fees.

   We thank the Court for its consideration of this request.

*The case was terminated by a voluntary dismissal and the settlement agreement's terms were not incorporated into a court order. Accordingly, the foregoing request to reopen to enforce the provisions of the settlement agreement is denied.*

Very truly yours,

CASEY & BARNETT, LLC

Martin F. Casey
Martin F. Casey

cc:   Ambar Diaz, Esq.  - via email and mail

SO ORDERED.
8/11/08

**LAURA TAYLOR SWAIN U.S.D.J.**